FORM 8. Entry of Appearance                                                    Form 8
                                                                              Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lubby Holdings LLC, et al.     v.     Chung, et al.

No.   19-2286

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:   Henry Chung
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: William Chadwick
Law Firm: Pia Anderson Moss Hoyt
Address: 136 E. South Temple, Suite 1900
City, State and Zip: Salt Lake City, UT 84111
Telephone: (801) 350-9000
Fax #: (801) 350-9010
E-mail address: wchadwick@pamhlaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   3/25/2019

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☒ Yes     ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  9/3/2019        Signature of pro se or counsel  /s/ William B. Chadwick

cc:  All counsel of record via CM/ECF

Reset Fields